**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GELACIO HERNANDEZ, Jr. | § | Case No. 13-47676 |
| CELENA D. HERNANDEZ | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 12:00 AM on 07/02/2015 in Courtroom 680,
U.S. Bankrptcy Court
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/09/2015         By: /s/ Gregg Szilagyi
                                           Trustee


*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
GELACIO HERNANDEZ, Jr. § Case No. 13-47676
CELENA D. HERNANDEZ §
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,653.00 |
| and approved disbursements of | $ | 130.00 |
| leaving a balance on hand of[1] | $ | 5,523.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GREGG SZILAGYI | $ 1,315.30 | $ 0.00 | $ 1,315.30 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,315.30 |
| Remaining Balance | $ 4,207.70 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 11,115.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chicago Anesthesia Associates | $ 212.50 | $ 0.00 | $ 80.63 |
| 2 | Lvnv Funding, Llc Its Successors And Assigns As | $ 4,226.50 | $ 0.00 | $ 1,603.76 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | $ 6,676.23 | $ 0.00 | $ 2,533.31 |
| | Total to be paid to timely general unsecured creditors | | $ | 4,217.70 |
| | Remaining Balance | | $ | -10.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for

subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Gregg Szilagyi
Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                          Case No. 13-47676-JPC
Gelacio Hernandez, Jr.                                          Chapter 7
Celena D. Hernandez
         Debtors                     CERTIFICATE OF NOTICE

District/off: 0752-1          User: ccabrales             Page 1 of 2              Date Rcvd: Jun 09, 2015
                              Form ID: pdf006             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2015.
db/jdb        +Gelacio Hernandez, Jr.,    Celena D. Hernandez,    2536 S. Clinton,    Berwyn, IL 60402-2563
21325050      +Advocate IL Masonic,    P.O. Box 4247,   Carol Stream, IL 60197-4247
21325051      +Arnold Harris,    600 W. Jackson,   Suite 710,    Chicago, IL 60661-5682
21325052      +Blatt, Hasenmiller, Leibskent, Moore LLC,    125 S. Wacker Dr.,    Suite 400,
                Chicago, IL 60606-4440
21325053      +Capital One,    Po Box 70886,   Charlotte, NC 28272-0886
21325055      +Chicago Anesthesia Assocs,    2334 Momentum Place,    Chicago, IL 60689-5325
21325056      +Chuhak & Tecson PC,    30 S. Wacker Dr.,   Suite 200,    Chicago, IL 60606-7512
21325057      +Citi Bank,   Processing Center,    Des Moines, IA 50363-0001
21325058       Citi Bank,   P.O. Box 960090,    Des Moines, IA  50368-8905
21325059      +City Of Berwyn,    6700 W. 26th St.,   Berwyn, IL 60402-0701
21325060      +Codolis & Associates,    15W030 N. Frontage Rd.,    Burr Ridge, IL 60527-6921
21325061      +Empire Cach LLC,    P.O. Box 12914,   Norfolk, VA 23541-0914
21325062       Harlem Furniture,    P.O. Box 659704,   San Antonio, TX  78265-9704
21325063      +Harris & Harris. Ltd.,    111 W. Jackson Blvd,    Suite 400,    Chicago, IL 60604-4135
21325048      +Hernandez Celena D,    2536 S Clinton,   Berwyn, IL 60402-2563
21325047      +Hernandez Gelacio  Jr,    2536 S Clinton,   Berwyn, IL 60402-2563
21325065      +Home Depot,   Po Box 689100,    Des Moines, IA 50368
21325068      +NCO Financial Systems, Inc,    P.O. Box 61247,    Virginia Beach, VA 23466-1247
21325072      +NTL Account Services,    1246 University Av Suite 421,    Saint Paul, MN 55104-4106
21325070      +Northland Group, Inc,    P.O. Box 390905,   Minneapolis, MN 55439-0905
21325074      +Portfolio Recpvery& Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
21325075      +Robert R. Mucci,    P.O. Box 190,   West Chicago, IL 60186-0190
21325049      +Thomas J Polinski & Associate Ltd,    5844 W Irving Park Road,    Chicago, IL 60634-2622
21325076      +Urban Partnership Bank,    7054 S Jeffery Blvd,    Chicago, IL 60649-2095
21325077      +World Financial,    Network National Bank,   P.O. Box 659704,    San Antonio, TX 78265-9704

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21325054          E-mail/Text: contact@csicollects.com Jun 10 2015 01:19:01      Certified Services, Inc,
                 P.O. Box 177,   Waukegan, IL  60079-0177
21893851      +E-mail/Text: contact@csicollects.com Jun 10 2015 01:19:01      Chicago Anesthesia Associates,
                 C/O Certified Services Inc.,   P O BOX 177,   Waukegan, IL 60079-0177
21325064      +E-mail/Text: bkynotice@harvardcollect.com Jun 10 2015 01:19:02      Harvard Collection,
                 4839 N Elston Ave,   Chicago, IL 60630-2589
21325066       E-mail/PDF: gecsedi@recoverycorp.com Jun 10 2015 01:13:11      J. C. Penny,    Po Box 960090,
                 Orlando, FL  32896-0090
22190643       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 10 2015 01:13:02
                 LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
21325067      +E-mail/Text: bankruptcydpt@mcmcg.com Jun 10 2015 01:17:12      Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
21325069      +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 10 2015 01:17:39      NCO Finanical,
                 507 Prudential Rd,   Horsham, PA 19044-2368
21325071      +E-mail/Text: clientservices@northwestcollectors.com Jun 10 2015 01:16:44
                 Northwest Collectors,   3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3143
21325073       E-mail/PDF: gecsedi@recoverycorp.com Jun 10 2015 01:12:37      Old Navy,    P.o. Box 530942,
                 Atlanta, GA  30353-0942
22190662      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 10 2015 01:13:12
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2015                                  Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: ccabrales            Page 2 of 2              Date Rcvd: Jun 09, 2015
                              Form ID: pdf006            Total Noticed: 35
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2015 at the address(es) listed below:
              Gregg  Szilagyi    gs@tailserv.com,   gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
              John E Trepel    on behalf of Debtor Gelacio  Hernandez, Jr. johntrepel@yahoo.com
              John E Trepel    on behalf of Joint Debtor Celena D. Hernandez johntrepel@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Sarah K Lash    on behalf of Creditor    Urban Partnership Bank as assignee of the Federal Deposit
               Insurance Corporation, as Receiver for ShoreBank, c/o Sarah Lash slash@chuhak.com,
               nsoraghan@chuhak.com
                                                                                             TOTAL: 5
```