UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GELACIO HERNANDEZ, Jr. | § | Case No. 13-47676 |
| CELENA D. HERNANDEZ | § | |
| | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 214,000.00                              Assets Exempt: 6,800.00
*(Without deducting any secured claims)*


Total Distributions to Claimants: 4,207.70              Claims Discharged
                                                         Without Payment: 368,731.04


Total Expenses of Administration: 1,445.30

---

3) Total gross receipts of $ 5,653.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,653.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 312,337.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,445.30 | 1,445.30 | 1,445.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,486.51 | 11,115.23 | 11,115.23 | 4,207.70 |
| **TOTAL DISBURSEMENTS** | $ 361,823.51 | $ 12,560.53 | $ 12,560.53 | $ 5,653.00 |

4) This case was originally filed under chapter 7 on 12/13/2013 . The case was pending for 30 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/31/2016                By:/s/GREGG SZILAGYI
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| tax refund | 1124-000 | 5,653.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,653.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chuhak & Tecson PC 30 S. Wacker Dr. Suite 200 Chicago, IL  60606 | | 0.00 | NA | NA | 0.00 |
| | Urban Partnership Bank 7054 S Jeffery Blvd Chicago, IL 60649 | | 312,337.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 312,337.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREGG SZILAGYI | 2100-000 | NA | 1,315.30 | 1,315.30 | 1,315.30 |
| Associated Bank | 2600-000 | NA | 130.00 | 130.00 | 130.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,445.30 | $ 1,445.30 | $ 1,445.30 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate IL Masonic P.O. Box 4247 Carol Stream, IL 60197 | | 2,133.48 | NA | NA | 0.00 |
| | Arnold Harris 600 W. Jackson Suite 710 Chicago, IL 60661 | | 142.00 | NA | NA | 0.00 |
| | Blatt, Hasenmiller, Leibskent, Moore LLC 125 S. Wacker Dr. Suite 400 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Blatt, Hasenmiller, Leibskent, Moore LLC 125 S. Wacker Dr. Suite 400 Chicago, IL 60606 | | 0.00 | NA | NA | 0.00 |
| | Capital One Po Box 70886 Charlotte, NC 28272-9903 | | 5,913.00 | NA | NA | 0.00 |
| | Certified Services, Inc P.O. Box 177 Waukegan, IL 60079-0177 | | 0.00 | NA | NA | 0.00 |
| | Chicago Anesthesia Assocs 2334 Momentum Place Chicago, IL 60689 | | 212.50 | NA | NA | 0.00 |
| | Citi Bank P.O. Box 960090 Des Moines, IA 50368-8905 | | 7,421.97 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Bank Processing Center Des Moines, IA  50363 | | 6,676.00 | NA | NA | 0.00 |
| | City Of Berwyn 6700 W. 26th St. Berwyn, IL  60402 | | 7,200.00 | NA | NA | 0.00 |
| | Codolis & Associates 15W030 N. Frontage Rd. Burr Ridge, IL  60527 | | 0.00 | NA | NA | 0.00 |
| | Empire Cach LLC P.O. Box 12914 Norfolk, VA  23541 | | 0.00 | NA | NA | 0.00 |
| | Empire Cach LLC P.O. Box 12914 Norfolk, VA  23541 | | 0.00 | NA | NA | 0.00 |
| | Harlem Furniture P.O. Box 659704 San Antonio, TX 78265-9704 | | 1,307.83 | NA | NA | 0.00 |
| | Harris & Harris. Ltd. 111 W. Jackson Blvd Suite 400 Chicago, IL  60604-4134 | | 0.00 | NA | NA | 0.00 |
| | Harvard Collection 4839 N Elston Ave Chicago, IL 60630 | | 106.00 | NA | NA | 0.00 |
| | Home Depot Po Box 689100 Des Moines, IA  50365-8910 | | 5,249.08 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | J. C. Penny Po Box 960090 Orlando, FL  32896-0090 | | 715.00 | NA | NA | 0.00 |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA  92123 | | 3,703.00 | NA | NA | 0.00 |
| | NCO Financial Systems, Inc P.O. Box 61247 Virginia Beach, VA  23466 | | 0.00 | NA | NA | 0.00 |
| | NCO Finanical 507 Prudential Rd Horsham, PA  19044 | | 1,466.00 | NA | NA | 0.00 |
| | Northland Group, Inc P.O. Box 390905 Minneapolis, MN  55439 | | 0.00 | NA | NA | 0.00 |
| | Northwest Collectors 3601 Algonquin Rd Ste 23 Rolling Meadows, IL  60008 | | 200.00 | NA | NA | 0.00 |
| | NTL Account Services 1246 University Av Suite 421 Saint Paul, MN  55104 | | 297.00 | NA | NA | 0.00 |
| | Old Navy P.o. Box 530942 Atlanta, GA  30353-0942 | | 807.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recpvery& Affil 120 Corporate Blvd Ste 1 Norfolk, VA 23502 | | 5,114.00 | NA | NA | 0.00 |
| | Quinlan & Fabish Music Co. | | 822.65 | NA | NA | 0.00 |
| | Robert R. Mucci P.O. Box 190 West Chicago, IL 60186 | | 0.00 | NA | NA | 0.00 |
| | World Financial Network National Bank P.O. Box 659704 San Antonio, TX 78265 | | 0.00 | NA | NA | 0.00 |
| 1 | Chicago Anesthesia Associates | 7100-000 | NA | 212.50 | 212.50 | 80.44 |
| 2 | Lvnv Funding, Llc Its Successors And Assigns As | 7100-000 | NA | 4,226.50 | 4,226.50 | 1,599.95 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 6,676.23 | 6,676.23 | 2,527.31 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 49,486.51 | $ 11,115.23 | $ 11,115.23 | $ 4,207.70 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-47676 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | GREGG SZILAGYI |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | GELACIO HERNANDEZ, Jr. | | | | Date Filed (f) or Converted (c): | 12/13/2013 (f) |
| | CELENA D. HERNANDEZ | | | | 341(a) Meeting Date: | 02/03/2014 |
| For Period Ending: | 05/31/2016 | | | | Claims Bar Date: | 07/30/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. Residence - 2536 W. Clinton, Berwyn, Il. 60402 | 214,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash On Hand | 150.00 | 0.00 | | 0.00 | FA |
| 3. Bank Of America Checking | 800.00 | 0.00 | | 0.00 | FA |
| 4. Household Furniture | 750.00 | 0.00 | | 0.00 | FA |
| 5. Clothes | 300.00 | 0.00 | | 0.00 | FA |
| 6. Pension | 2,800.00 | 0.00 | | 0.00 | FA |
| 7. 1999 Honda Accord | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. 2002 Ford Explorer | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. tax refund (u) | Unknown | 0.00 | | 5,653.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $220,800.00 $0.00 $5,653.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/01/2014    Current Projected Date of Final Report (TFR): 11/01/2014

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 13-47676  
Case Name: GELACIO HERNANDEZ, Jr.  
CELENA D. HERNANDEZ  
Taxpayer ID No:  
For Period Ending: 05/31/2016  

Trustee Name: GREGG SZILAGYI  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0930  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/08/14 | 9 | U.S. Treasury | TAX REFUND | 1124-000 | $5,653.00 | | $5,653.00 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,643.00 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,633.00 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,623.00 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,613.00 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,603.00 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,593.00 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,583.00 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,573.00 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,563.00 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,553.00 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,543.00 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,533.00 |
| | | | Page Subtotals: | | $5,653.00 | $120.00 | |

Case 13-47676    Doc 30    Filed 06/01/16    Entered 06/01/16 15:04:48    Desc Main
Document    Page 11 of 13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-47676 | Trustee Name: GREGG SZILAGYI |
| Case Name: GELACIO HERNANDEZ, Jr. | Bank Name: Associated Bank |
| CELENA D. HERNANDEZ | Account Number/CD#: XXXXXX0930 |
| | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/31/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,523.00 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $5,513.00 |
| 07/07/15 | 101 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,315.30 | $4,197.70 |
| 07/07/15 | 102 | Chicago Anesthesia Associates<br>C/O Certified Services Inc.<br>P O Box 177<br>Waukegan, Il 60079 | Final distribution to claim 1 representing a payment of 37.86 % per court order. | 7100-000 | | $80.44 | $4,117.26 |
| 07/07/15 | 103 | Lvnv Funding, Llc Its Successors And Assigns As<br>Assignee Of Capital One Bank (Usa), N.A.<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Final distribution to claim 2 representing a payment of 37.86 % per court order. | 7100-000 | | $1,599.95 | $2,517.31 |
| 07/07/15 | 104 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 3 representing a payment of 37.86 % per court order. | 7100-000 | | $2,527.31 | ($10.00) |
| 10/08/15 | | Associated Bank | BANK SERVICE FEE REFUND FOR JULY 2015 CREDIT POSTED TO THE ACCOUNT ON JULY 27, 2015. | 2600-000 | | ($10.00) | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $5,653.00 | $5,653.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,653.00 | $5,653.00 |
| Page Subtotals: | $0.00 | $5,533.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

| | | | |
|---|---|---|---|
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $5,653.00 | $5,653.00 |

Exhibit 9

| Page Subtotals: | $0.00 | $0.00 |
|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0930 - Checking | $5,653.00 | $5,653.00 | $0.00 |
| | $5,653.00 | $5,653.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,653.00 |
| Total Gross Receipts: | $5,653.00 |

Page Subtotals: $0.00 $0.00